OPINION — AG — ** EMERGENCY MEDICAL SERVICE DISTRICT — PER DIEM — REIMBURSEMENT ** AN EMERGENCY MEDICAL SERVICE DISTRICT FORMED PURSUANT TO ARTICLE X, SECTION 9(C), OKLAHOMA CONSTITUTION MAY 'NOT' LAWFULLY PAY PER DIEM EXPENSES AND/OR MILEAGE EXPENSE FOR TRAVEL TO AND FROM THE BOARD MEETING AND RETURN TO THE RESIDENCE TO MEMBERS OF THE BOARD OF TRUSTEES OF THE 'EMS' DISTRICT WHO ATTENDED REGULAR AND SPECIAL MEETING OF THE BOARD. (RESIDENCE, HOME, TRAVEL, EXPENSES, COUNTY OFFICERS) CITE: ARTICLE XIIIB, SECTION 1, ARTICLE X, SECTION 9C, ARTICLE X, SECTION 9(C), 82 O.S. 277.6 [82-277.6](19), 82 O.S. 277.1 [82-277.1], 70 O.S. 5-118 [70-5-118], 70 O.S. 5-101 [70-5-101], 19 O.S. 1051 [19-1051], 19 O.S. 874 [19-874] [19-874], 19 O.S. 871 [19-871], 19 O.S. 340 [19-340] (ELIZABETH J. BRADFORD)